

**SONNENSCHEIN NATH & ROSENTHAL LLP**

One Metropolitan Square
Suite 3000
St. Louis, MO 63102-2741
314.241.1800
314.259.5959 fax
www.sonnenschein.com

**John R. Haug**
314.259.5934
jhaug@sonnenschein.com

May 28, 2008

VIA FACSIMILE (973) 645-4549

Honorable Peter G. Sheridan
United States District Judge
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building & US Courthouse
50 Walnut Street, Room 4062
Newark, NJ 07101

Attention Dolores Hicks

*So Ordered*
*Hearing is set for June 3, 2008*
*scheduled for 10:30 am*
*2008 at 10:30 am Peter G. Sheridan*

Re:   08-2535  ( PGS )

Dear Judge Sheridan,

A Show Cause Order with regard to the above-referenced matter is set for tomorrow morning at 10:30 a.m., a copy of which is attached. Unfortunately, our colleague, Robert Gifford, who is referenced in the Order, has become extremely ill with food poisoning. As a result, Mr. Gifford will be unable to travel to New Jersey and handle this hearing tomorrow. We unfortunately do not have any other attorneys with knowledge with regard to this case who can attend.

We have spoken to the Department of Labor's legal counsel with regard to this situation. In this regard, Mr. Daniel Hennefeld has confirmed to us that the United States Department of Labor has no objection to this matter being heard either Friday, May 30 or next Monday, June 2. Accordingly, we would respectfully request that the hearing with regard to the Court's Order to Show Cause be continued to one of these dates.

We truly appreciate your consideration of this matter and the Department of Labor's willingness to accommodate us in connection with this difficult situation.

# Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

May 28, 2008
Page 2

If you or your clerk would kindly advise us of your thoughts or decision, we would appreciate it.

Very truly yours,



John R. Hau

JRH/msl
Enclosure
cc:    Daniel Hennfeld, Esq.